# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

VANEE FLOWERS,

        Petitioner

        v.

69TH STREET RETAIL OWNER, LP,

        Respondent

: No. 485 MAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.